```
       FILED ____ LODGED
  ____ RECEIVED ____ COPY

       NOV 2 8 2017

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
   BY_____DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-17-08298-PCT-DLR(BSB) |
|---|---|---|
| Plaintiff, | | **R E D A C T E D** **INDICTMENT** |
| vs. | VIO: | 18 U.S.C. §§ 1153, 113(a)(3), 3559(f)(3) and 2 (CIR-Assault with a Dangerous Weapon of a Child and Aid and Abet) Count 1 |
| Delfred Leonard, | | |
| Defendant. | | 18 U.S.C. §§ 1153, 113(a)(6), 3559(f)(3) and 2 (CIR-Assault Resulting in Serious Bodily Injury of a Child and Aid and Abet) Count 2 |
| | | 18 U.S.C. §§ 1153, 113(a)(6) and 2 (CIR-Assault Resulting in Serious Bodily Injury and Aid and Abet) Count 3 |
| | | 18 U.S.C. § 4 (Misprision of a Felony) Counts 4 and 5 |
| | | 18 U.S.C. § 1512(c)(2) (Tampering with Proceedings) Count 6 |

THE GRAND JURY CHARGES:

## **COUNT 1**

On or about October 4, 2012, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, DELFRED LEONARD, an Indian, aiding and abetting Devan Edward Leonard, did intentionally and knowingly

assault John Doe, a child under the age of 18, with a dangerous weapon, that is a knife, with intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153, 113(a)(3), 3559(f)(3) and 2.

## COUNT 2

On or about October 4, 2012, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, DELFRED LEONARD, an Indian, aiding and abetting Devan Edward Leonard, did intentionally and knowingly assault John Doe, a child under the age of 18, resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153, 113(a)(6), 3559(f)(3) and 2.

## COUNT 3

On or between April 1, 2013 and December 31, 2014, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, DELFRED LEONARD, an Indian, aiding and abetting Devan Edward Leonard, did intentionally and knowingly assault M.J., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153, 113(a)(6) and 2.

## COUNT 4

On or between December 12, 2014 and July 30, 2015, having knowledge of the actual commission of a felony cognizable by a Court of the United States, that is Second Degree Murder, in violation of Title 18, United States Code, Sections 1153, 1111 and 2, did conceal and not as soon as possible make known the same to some judge or other person in civil or military authority of the United States (this refers to the homicide of D.C. and R.H. committed on or between December 12 and December 13, 2014).

In violation of Title 18, United States Code, Section 4.

## COUNT 5

On or between December 16, 2014 and December 31, 2015, having knowledge of the actual commission of a felony cognizable by a Court of the United States, that is Second

Degree Murder, in violation of Title 18, United States Code, Sections 1153, 1111 and 2, did conceal and not as soon as possible make known the same to some judge or other person in civil or military authority of the United States (this refers to the homicide of T.S. committed on or about December 16, 2014).

In violation of Title 18, United States Code, Section 4.

## COUNT 6

On or between June 23, 2015 and July 30, 2015, in the District of Arizona, the defendant, DELFRED LEONARD, did corruptly obstruct, influence, and impede the execution of a federal arrest warrant for DELFRED LEONARD'S son, Devan Edward Leonard, for an official proceeding, by assisting Devan Edward Leonard evade arrest on a federal warrant and concealing Devan Edward Leonard's location.

In violation of Title 18, United States Code, Section 1512(c)(2).

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date: November 28, 2017

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona


S/
DIMITRA H. SAMPSON
TRACY VAN BUSKIRK
Assistant U.S. Attorneys